**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00009-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MICHAEL ALAN DOIEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The defendant has filed a motion to modify the presentence investigation report prepared and submitted to the court on March 7, 2013 (#70). The issues raised in the defendant's motion relate to matters that occurred after the sentencing and entry of judgment in this case. The defendant does not dispute the accuracy of the information contained in the report at the time he was sentenced. The defendant should provide the new information contained in his motion to the Bureau of Prisons ("BOP") for its consideration, as the court has no jurisdiction over custodial issues with the BOP. Should the defendant at some later date be placed on supervised

1

release pursuant to the judgment of this court, leave is granted to the defendant to raise the issues contained in his motion at that time.  Defendant's motion to correct the record (#70) is therefore **DENIED WITHOUT PREJUDICE.**

    IT IS SO ORDERED.

    DATED: This 12th day of April, 2016.

                                       /s/ Howard D. McKibben
                                  UNITED STATES DISTRICT JUDGE