UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00009-HDM-VPC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MICHAEL ALAN DOIEL, | |
| Defendant. | |

The government's motion for leave to file under seal (ECF No. 85) the Government's Exhibit A, which consists of the defendant's medical records, is GRANTED. The Government's Exhibit A (ECF No. 86) is deemed properly filed under seal.

IT IS SO ORDERED.

DATED: This 14th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE